**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |

GREGORIO TREVINO, Special Administrator of the Estate of
GREGORIO TREVINO, JR., deceased

v.

U-HAUL COMPANY OF ILLINOIS, INC.; U-HAUL
INTERNATIONAL, INC.; ROGER D. GEARY

**08 C 1409**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

U-HAUL CO. OF ILLINOIS, INC. and U-HAUL INTERNATIONAL, INC.

**JUDGE DOW**
**MAGISTRATE JUDGE DENLOW**

| |
|---|
| NAME (Type or print) |
| George Jackson III |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ George Jackson III |
| FIRM |
| Bryan Cave LLP |
| STREET ADDRESS |
| 161 N. Clark St., Suite 4300 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6189680 | (312) 602-5000 |

| | | | | |
|---|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | ✓ | NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | ✓ | NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | ✓ | NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | ✓ | NO | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

**FILED**
**MARCH 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT