IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GREGORIO TREVINO, Special )
Administrator of the Estate of GREGORIO )
TREVINO, JR., deceased, )
 )
      Plaintiff, )
 ) Case No.
v. )
 )
U-HAUL COMPANY OF ILLINOIS, INC., )
U-HAUL INTERNATIONAL, INC, and )
ROGER D. GEARY, )
 )
      Defendants. )

STATE OF ILLINOIS    )
                      ) ss.:
COUNTY OF _Cook_  )

### AFFIDAVIT

Jeff Alden, being duly sworn, deposes and says:

1. My name is Jeff Alden. I am the President of U-Haul Co. of Illinois, Inc., an Illinois corporation.

2. I am over the age of twenty-one and am authorized and competent to make this Affidavit on behalf of U-Haul Co. of Illinois, Inc.

3. I am familiar with the allegations of Plaintiff's Complaint and know that it involves allegations related to a vehicle accident which took place in Kentucky.

4. U-Haul Co. of Illinois, Inc. did not own the vehicle allegedly rented by William Geary in this action, VIN 1GDG5C1E35F903934.

5. U-Haul Co. of Illinois, Inc. did not rent the vehicle at issue to William Geary.

6. U-Haul Co. of Illinois, Inc. did not maintain the vehicle at or near the time of the



accident at issue.

AFFIANT FURTHER SAYETH NAUGHT

_____
Jeff Alden

Sworn to before me
this  4  day of March, 2008

_____
Notary Public

Official Seal
Alanda E Woods
Notary Public State of Illinois
My Commission Expires 11/16/2008