IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORIO TREVINO, Special Administrator of the Estate of GREGORIO TREVINO, JR., deceased,<br><br>Plaintiff,<br><br>v.<br><br>U-HAUL COMPANY OF ILLINOIS, INC., U-HAUL INTERNATIONAL, INC, and ROGER D. GEARY,<br><br>Defendants. | Case No. |

STATE OF FLORIDA   )
                   ) ss.:
COUNTY OF _HILLSBOROUGH_ )

## AFFIDAVIT

Robert S. Magyar, being duly sworn, deposes and says:

1. My name is Robert S. Magyar. I am the President of U-Haul Co. of Florida, a Florida corporation.

2. I am over the age of twenty-one and am authorized and competent to make this Affidavit on behalf of U-Haul Co. of Florida.

3. I am familiar with the allegations of Plaintiff's Complaint and know that it involves allegations related to a vehicle accident which took place in Kentucky.

4. I am aware that the vehicle involved in the accident at issue was rented by U-Haul Co. of Florida to William Geary at the time relevant to the present action.

5. Attached is a true and accurate copy of the rental contract, as maintained in the U-Haul electronic system, which shows that Mr. Geary rented this vehicle.

1

**EXHIBIT 3**

6. Prior to the rental to William Geary, the vehicle at issue had scheduled maintenance performed in Florida on December 9 and 10, 2005, in Oregon on March 10, 2006, and in North Carolina on April 5, 2006.

AFFIANT FURTHER SAYETH NAUGHT

*Robert S. Magyar*
Robert S. Magyar

Sworn to before me
this 10th day of March, 2008

*Paul R. Eells*
Notary Public

2.

# U-Haul equipment rental contract

**Reservation number:** 177808
**Contract number:** 177808
One-Way (Dispatch)

| | |
|---|---|
| **Customer:**<br>William Geary<br>3205 N Cicero Ave<br>Chicago, IL 60641<br>Primary Phone: (773) 401-2877<br>License: g60093041073 State: FL Exp: 03/10<br>BirthDate: 03-11-41 | **Entity:**<br>786056<br>U-Haul Clearwater<br>201 S Missouri Ave<br>Clearwater, FL 33756<br>Phone: (727) 461-2532<br>WebBEST |

## Rental information

| Reservation: | Location | MCO | Date |
|---|---|---|---|
| Dispatch: | 786056 | 786 | 4/19/2006 12:56:58 PM |
| Expected: | 52956 | 739 | 4/25/2006 12:58:11 PM |

| Equipment Id | Status | Qty. | Rate | $/Mile | Safe Cvg. | Fuel Out | Fuel In | Miles Out | Miles In | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000 JH 3242K | Disp | 1 | $1,475.00 | $0.40 | | 3/8 | | 26421.0 | | |

## Payment information

| Pmt. Type | Status | Pmt. Date | Card | Card Exp. Date | Pmt. Loc. | Paid Amount |
|---|---|---|---|---|---|---|
| Master Card | APPROVED | 04/19/2006 | xxxxxxxx0206 | 04/09 | 786056 | $1,578.25 |

| Days Allowed | Rental Amount | Miles Allowed | Total Amount Collected |
|---|---|---|---|
| 6 | $1,475.00 | 1464 | $1,578.25 |

## Credit card history

| Card No. | Location | Contract | Date | Amount Paid | Status |
|---|---|---|---|---|---|
| xxxxxxxx0206 | 621001 | 4335493 | 4/14/2006 12:55:51 PM | $0.00 | APPROVED |

## Meaningful Assurance

| Assurance type | |
|---|---|
| Local Drivers License | g60093041073   Exp: 0310 |
| Personal Phone (call) | (773) 401-2781  -Verified |

## Notes

There are no notes for this contract.