IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORIO TREVINO, Special Administrator of the Estate of GREGORIO TREVINO, JR., deceased,<br><br>    Plaintiff,<br><br>v.<br><br>U-HAUL COMPANY OF ILLINOIS, INC., U-HAUL INTERNATIONAL, INC, and ROGER D. GEARY,<br><br>    Defendants. | Case No. 08-cv-1409<br><br>Judge Dow |

## NOTICE OF MOTION

TO:  See attached service list

PLEASE TAKE NOTICE that on Tuesday, March 25, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Dow, or any judge sitting in his stead, in Room 1919 of the U.S. Dist. Court for the Northern Dist. of Illinois, Eastern Division, and then and there present Defendant U-Haul Company of Illinois, Inc.'s Motion to Dismiss Plaintiff's Complaint, a copy of which is attached hereto and served upon you herewith.

Dated: March 17, 2008                                Respectfully submitted,

                                                     **U-HAUL CO. OF ILLINOIS, INC.**


                                                         s/ Dmitry Shifrin
                                                     George Jackson III, #6189680
                                                     Dmitry Shifrin, #6279415
                                                     BRYAN CAVE LLP
                                                     161 N. Clark St., Suite 4300
                                                     Chicago, IL 60601
                                                     (312) 602-5000
                                                     (312) 602-5060 (fax)

62978                                    1

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 17th day of March, 2008, a copy of the foregoing Notice of Motion to Dismiss was served via the Court's CM/ECF system to the following counsel:

Donald R. McGarrah
SALVI, SCHOSTOK & PRITCHARD P.C.
181 W. Madison St., Suite 3800
Chicago, IL 60602

                                                          s/ Dmitry Shifrin