# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Georgio Trevino

                    Plaintiff,

v.                                   Case No.: 1:08−cv−01409

                                   Honorable Robert M. Dow Jr.

U−Haul Company of Illinois, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2008:

       MINUTE entry before Judge Honorable Robert M. Dow, Jr: Plaintiff is given to and including 4/25/08 to respond to defendant U'Haul Co. of Illinois, Inc.'s motion to dismiss[7] and Defendant U−Haul Co. of Illinois, Inc. is given until 5/9/08 to reply. Ruling on MOTION by Defendant U−Haul Company of Illinois, Inc. to dismiss[7] will be by mail.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.