IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORIO TREVINO, Special Administrator of the Estate of GREGORIO TREVINO, JR., deceased,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>U-HAUL COMPANY OF ILLINOIS, INC., U-HAUL INTERNATIONAL, INC, and ROGER D. GEARY,<br><br>　　　　　Defendants. | Case No. 08-cv-1409<br><br>Judge Dow |

**DEFENDANT U-HAUL CO. OF ILLINOIS, INC.'S
DISCLOSURE STATEMENT/NOTICE OF AFFILIATES**

　　　Defendant U-Haul Co. of Illinois, Inc. ("U-Haul of Illinois"), through its attorneys, pursuant to Rule 7.1 of the Fed. R. of Civ. P. and Loc. R. 3.2 of the District Court for the Northern District of Illinois, states that (i) U-Haul International, Inc. is the parent company of U-Haul of Illinois, (ii) U-Haul International, Inc. owns more than 5% of U-Haul of Illinois' stock, and (iii) U-Haul of Illinois has no publicly held affiliates.

Dated: April 1, 2008　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**U-HAUL CO. OF ILLINOIS, INC.**

　　　　　　　　　　　　　　　　　　　　　　　　　　s/ Dmitry Shifrin
　　　　　　　　　　　　　　　　　　　　　　　George Jackson III, #6189680
　　　　　　　　　　　　　　　　　　　　　　　Dmitry Shifrin, #6279415
　　　　　　　　　　　　　　　　　　　　　　　BRYAN CAVE LLP
　　　　　　　　　　　　　　　　　　　　　　　161 N. Clark St., Suite 4300
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　　　(312) 602-5000
　　　　　　　　　　　　　　　　　　　　　　　(312) 602-5060 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2008, a copy of the foregoing Disclosure Statement/Notice of Affiliates was served via the Court's CM/ECF system to the following counsel:

Donald R. McGarrah
SALVI, SCHOSTOK & PRITCHARD P.C.
181 W. Madison St., Suite 3800
Chicago, IL 60602


           s/ Dmitry Shifrin