IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORIO TREVINO, Special Administrator of the Estate of GREGORIO TREVINO, JR., deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>U-HAUL COMPANY OF ILLINOIS, INC., U-HAUL INTERNATIONAL, INC, and ROGER D. GEARY,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Case No. 08-cv-1409<br>)<br>)　Judge Dow<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT U-HAUL INTERNATIONAL, INC.'S
DISCLOSURE STATEMENT/NOTICE OF AFFILIATES**

　　Defendant U-Haul International, Inc. ("U-Haul International"), through its attorneys, pursuant to Rule 7.1 of the Fed. R. of Civ. P. and Loc. R. 3.2 of the District Court for the Northern District of Illinois, states that (i) AMERCO is the publicly held parent company of U-Haul International, and (ii) AMERCO owns more than 5% of U-Haul International's stock.


Dated: April 1, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**U-HAUL INTERNATIONAL, INC.**


　　　　　　　　　　　　　　　　　　　　　　　　s/ Dmitry Shifrin
　　　　　　　　　　　　　　　　　　　　　　George Jackson III, #6189680
　　　　　　　　　　　　　　　　　　　　　　Dmitry Shifrin, #6279415
　　　　　　　　　　　　　　　　　　　　　　BRYAN CAVE LLP
　　　　　　　　　　　　　　　　　　　　　　161 N. Clark St., Suite 4300
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　　(312) 602-5000
　　　　　　　　　　　　　　　　　　　　　　(312) 602-5060 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2008, a copy of the foregoing Disclosure Statement/Notice of Affiliates was served via the Court's CM/ECF system to the following counsel:

Donald R. McGarrah
SALVI, SCHOSTOK & PRITCHARD P.C.
181 W. Madison St., Suite 3800
Chicago, IL 60602

                                                              s/ Dmitry Shifrin