UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORIO TREVINO, SPECIAL ADMINISTRATOR OF THE ESTATE OF GREGORIO TREVINO, JR., DECEASED<br><br>Plaintiff,<br><br>v.<br><br>U-HAUL COMPANY OF ILLINOIS, INC., U-HAL INTERNATIONAL, INC., AND ROGER D. GEARY,<br><br>Defendants. | CASE NO. 1:08-cv-01409<br>JUDGE ROBERT M. DOW, JR. |

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on **April 29, 2008** at **9:15 A.M.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Robert M. Dow, Jr.** or any Judge sitting in his stead, in **Room 1919**, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Plaintiff's Motion for Leave to File First Amended Complaint.**

PLEASE TAKE NOTICE that on April 18, 2008, there was filed electronically with the Federal District Court Eastern Division, **Plaintiff's Motion for Leave to File First Amended Complaint**, a copy of which is being filed separately.

SALVI, SCHOSTOK & PRITCHARD P.C.

By:   /s/ Donald R. McGarrah
       Attorney for the Plaintiff

DONALD R. McGARRAH
SALVI, SCHOSTOK & PRITCHARD P.C. - #34560
181 W. Madison Street, Suite 3800
Chicago, IL 60602
312/372-1227

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to 735 ILCS 5/1-1-109, I, a non-attorney hereby certify that I served a true and correct copy of the foregoing Notice to whom it is addressed, at the given address, by regular U.S. mail on April 18, 2008.

/s/ Diane Bakshis

**SERVICE LIST**

**Trevino, etc., et al. v. U-Haul, etc., et al.**
**United States District Court No. 1:08-cv-01409**

Mr. George Jackson, III
Mr. Dmitry Shifrin
Bryan Cave, LLP
161 N. Clark Street
Suite 4300
Chicago, IL 60601
312/602-5060
312/698-7460 (fax)