IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORIO TREVINO, Special Administrator of the Estate of GREGORIO TREVINO, JR., deceased, <br><br> Plaintiff, <br><br> v. <br><br> U-HAUL COMPANY OF ILLINOIS, INC., U-HAUL INTERNATIONAL, INC, and ROGER D. GEARY, <br><br> Defendants. | **JURY TRIAL DEMANDED** <br><br> Case No. 08-cv-1409 <br><br> Judge Dow |

**U-HAUL DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S COMPLAINT FOR LACK OF STANDING**

Defendants U-Haul International, Inc. and U-Haul Co. of Illinois, Inc. (collectively, the "U-Haul Defendants") hereby file their Motion to Dismiss Plaintiff's Complaint for lack of standing.

As more fully set forth in the U-Haul Defendants' Memorandum in support of their Motion, filed contemporaneously herewith, Plaintiff does not have standing to bring his claims in this proceeding because he does not have a redressable injury in either his individual or representative capacity, and, in addition, a ruling from this Court will not confer any benefit upon him.

WHEREFORE, Defendants U-Haul International, Inc. and U-Haul Co. of Illinois, Inc. respectfully request this Court to dismiss Plaintiff's claims under the Illinois Wrongful Death, Survival and Family Expense Acts for lack of standing.

Dated: April 25, 2008

Respectfully submitted,

**U-HAUL INTERNATIONAL, INC.**
**U-HAUL CO. OF ILLINOIS, INC.**

     s/ Dmitry Shifrin
George Jackson III, #6189680
Dmitry Shifrin, #6279415
BRYAN CAVE LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601
(312) 602-5000
(312) 602-5060 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2008, a copy of the foregoing Motion to Dismiss was served via the Court's CM/ECF system, and by hand delivery, to the following counsel:

Donald R. McGarrah
SALVI, SCHOSTOK & PRITCHARD P.C.
181 W. Madison St., Suite 3800
Chicago, IL 60602


                                                s/ Dmitry Shifrin