IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORIO TREVINO, Special Administrator of the Estate of GREGORIO TREVINO, JR., deceased,<br><br>      Plaintiff,<br><br>v.<br><br>U-HAUL COMPANY OF ILLINOIS, INC., U-HAUL INTERNATIONAL, INC., and ROGER D. GEARY,<br><br>      Defendants. | Case No. 08-cv-1409<br><br>Judge Dow |

## NOTICE OF MOTION

TO:   See attached service list

     PLEASE TAKE NOTICE that on Tuesday, April 29, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Dow, or any judge sitting in his stead, in Room 1919 of the U.S. Dist. Court for the Northern Dist. of Illinois, Eastern Division, and then and there present the U-Haul Defendants' Motion to Dismiss Plaintiff's Complaint for Lack of Standing, a copy of which is attached hereto and served upon you herewith.

Dated: April 25, 2008

Respectfully submitted,

**U-HAUL INTERNATIONAL, INC.**
**U-HAUL CO. OF ILLINOIS, INC.**

     s/ Dmitry Shifrin
George Jackson III, #6189680
Dmitry Shifrin, #6279415
BRYAN CAVE LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601
(312) 602-5000
(312) 602-5060 (fax)

75216

1

## CERTIFICATE OF SERVICE

     I hereby certify that on this 25th day of April, 2008, a copy of the foregoing Notice of Motion to Dismiss was served via the Court's CM/ECF system, and by hand delivery, to the following counsel:

Donald R. McGarrah
SALVI, SCHOSTOK & PRITCHARD P.C.
181 W. Madison St., Suite 3800
Chicago, IL 60602


                                                              s/ Dmitry Shifrin