IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORIO TREVINO, Special Administrator of the Estate of GREGORIO TREVINO, JR., deceased,<br><br>    Plaintiff,<br><br>v.<br><br>U-HAUL COMPANY OF ILLINOIS, INC., U-HAUL INTERNATIONAL, INC., and ROGER D. GEARY,<br><br>    Defendants. | **JURY TRIAL DEMANDED**<br><br>Case No. 08-cv-1409<br><br>Judge Dow |

## U-HAUL DEFENDANTS' MOTION FOR REASSIGNMENT OF RELATED CASE

Defendants U-Haul International, Inc. and U-Haul Co. of Illinois, Inc. (collectively, the "U-Haul Defendants") hereby file their motion under Local Rule 40.4 for the reassignment to this Court of *Ida Trevino, Individually and as Special Administrator of the Estate of Gregorio Trevino, Jr., deceased, and as Next Friend of Sara Rene Trevino and Angela Kristin Trevino, minors v. U-Haul Company of Illinois, Inc., et al.*, Case No. 08-cv-2255 pending before Judge Gettleman.

As more fully set forth in their accompanying Memorandum, reassignment of the aforementioned case to Judge Dow is appropriate under Local Rule 40.4.

WHEREFORE, Defendants U-Haul International, Inc. and U-Haul Co. of Illinois, Inc. respectfully request this Court to designate *Ida Trevino, Individually and as Special Administrator of the Estate of Gregorio Trevino, Jr., deceased, and as Next Friend of Sara Rene Trevino and Angela Kristin Trevino, minors v. U-Haul Company of Illinois, Inc., et al.*, Case No.

08-cv-2255 pending before Judge Gettleman, as related to the instant case, and reassign Case No. 08-cv-2255 to Judge Dow.

Dated: April 25, 2008                                   Respectfully submitted,

                                                 **U-HAUL INTERNATIONAL, INC.**
                                                 **U-HAUL CO. OF ILLINOIS, INC.**

                                                               s/ Dmitry Shifrin
                                                George Jackson III, #6189680
                                                Dmitry Shifrin, #6279415
                                                BRYAN CAVE LLP
                                                161 N. Clark St., Suite 4300
                                                Chicago, IL 60601
                                                (312) 602-5000
                                                (312) 602-5060 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2008, a copy of the foregoing Motion for Reassignment was served via the Court's CM/ECF system, and by hand delivery, to the following counsel:

Donald R. McGarrah
SALVI, SCHOSTOK & PRITCHARD P.C.
181 W. Madison St., Suite 3800
Chicago, IL 60602


                                                  s/ Dmitry Shifrin