**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORIO TREVINO, Special | ) | |
| Administrator of the Estate of GREGORIO | ) | |
| TREVINO, JR., deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08-cv-1409 |
| v. | ) | |
| | ) | Judge Dow |
| U-HAUL COMPANY OF ILLINOIS, INC., | ) | |
| U-HAUL INTERNATIONAL, INC., and | ) | |
| ROGER D. GEARY, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF MOTION</u>**

TO:     See attached service list

PLEASE TAKE NOTICE that on Tuesday, April 29, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Dow, or any judge sitting in his stead, in Room 1919 of the U.S. Dist. Court for the Northern Dist. of Illinois, Eastern Division, and then and there present the U-Haul Defendants' Motion for Reassignment, a copy of which is attached hereto and served upon you herewith.

Dated: April 25, 2008                              Respectfully submitted,

                                                  **U-HAUL INTERNATIONAL, INC.**
                                                  **U-HAUL CO. OF ILLINOIS, INC.**


                                                  _____s/ Dmitry Shifrin_____
                                                  George Jackson III, #6189680
                                                  Dmitry Shifrin, #6279415
                                                  BRYAN CAVE LLP
                                                  161 N. Clark St., Suite 4300
                                                  Chicago, IL 60601
                                                  (312) 602-5000
                                                  (312) 602-5060 (fax)

75220                                    1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 25th day of April, 2008, a copy of the foregoing Notice of

Motion for Reassignment was served via the Court's CM/ECF system, and by hand delivery, to

the following counsel:

Donald R. McGarrah
SALVI, SCHOSTOK & PRITCHARD P.C.
181 W. Madison St., Suite 3800
Chicago, IL 60602


                        s/ Dmitry Shifrin

75220

2