**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Georgio Trevino
                              Plaintiff,

v.                                                    Case No.: 1:08−cv−01409
                                                      Honorable Robert M. Dow Jr.

U−Haul Company of Illinois, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

    MINUTE entry before Judge Honorable Robert M. Dow, Jr: Status hearing held. Plaintiff's Motion for leave to file [15] First Amended Complaint, on or before 5/6/08, is granted. Plaintiff withdraws proposed amended complaint (Exhibit 1) attached to motion for leave to file [15]. Defendants' Motion to dismiss [17] is withdrawn without prejudice. Motion to reassign case [20] is taken under advisement; Response to motion to reassign [20] is due by 5/6/08; reply due by 5/13/08. Defendants are given to and including 5/27/08 within which to file motion to dismiss amended complaint. Plaintiff is given until 6/17/08 to respond to defendants' motion to dismiss amended complaint and defendants are given until 5/13/08 to file reply brief. Ruling on motion to dismiss amended complaint and motion to reassign case will be by mail.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.