| 0 - Served | 2121 - Served |
| 0 - Not Served | 2221 - Not Served |
| 0 - Served By Mail | 2321 - Served By Mail |
| 0 - Served By Publication | 2421 - Served By Publication |
| MMONS | ALIAS - SUMMONS |

CCG N001-10M-1-07-05 (           )

FILED

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, Law _____ DIVISION

CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

(Name all parties)
a Trevino, Individually and as Special Administrator
the Estate of Gregorio Trevino, Jr., deceased et al

v.

Haul Company of Illinois, Inc., et al
(see reverse)

No. _____

JEFFREY CROOK
222 N LASALLE St
SUITE 2100
CHICAGO, IL 60601

## SUMMONS

each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is reto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the llowing location:

☑ Richard J. Daley Center, 50 W. Washington, Room __801__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

ou must file within 30 days after service of this Summons, not counting the day of service.
 YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF EQUESTED IN THE COMPLAINT.

o the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with adorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall e returned so endorsed. This Summons may not be served later than 30 days after its date.

APR 18 2008

WITNESS, _____, _____

DOROTHY BROWN
CLERK OF CIRCUIT COURT

Clerk of Court

tty. No.: 90219
ame: Darren Van Puymbrouck
tty. for: Plaintiff
ddress: Schiff Hardin LLP, 6600 Sears Tower
ity/State/Zip: Chicago, IL 60606
elephone: (312) 258-5500

Date of service: _____, 2008
(To be inserted by officer on copy left with defendant or other person)

ervice by Facsimile Transmission will be accepted at: _____ _____
                                                    (Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Affidavit of Special Process Server                                    CCG N060-50M-2/28/05 (43480658)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

__Cook_____ _____ DEPARTMENT, __LAW_____ _____
(County)            (Municipal)                        (Division)           (District)

No. __08L4269__

### AFFIDAVIT OF SPECIAL PROCESS SERVER

__JACK LABOUT_____ being first duly sworn on oath deposes and says that s/he was appointed by the Court on __4/18__, __2008__ to serve process in the above mentioned cause.

I. That s/he served the within summons and a copy of the complaint on the within named Defendant, __JEFFREY CROOK__ by leaving a copy of each with the said Defendant personally on __4/18__, __2008__.

II. That s/he served the within summons and a copy of the complaint on the within named Defendant, _____ _____ by leaving a copy of each at his/her usual place of abode with _____ a person of the family of the age of 13 years or upwards and informed that person of the content thereof on _____, _____, and that further s/he mailed a copy of each in a sealed envelope with postage prepaid addressed to the Defendant, _____ at his/her usual place of abode on _____, _____.

III. (a) That the sex, race and approximate age of the Defendant or other person with whom s/he left the summons are as follows: Sex _____ Race _____ Approximate Age _____

(b) That the place where (if possible in terms of an exact street address) and the date and time of the day when the summons was left with the Defendant or other person were as follows:

Place _____

Date _____, _____   Time of day _____ . m.

IV. That s/he was unable to serve the within named Defendant.

_____
Special Process Server Signature

Signed and sworn before me on this _____ day of _____, _____.

_____ Notary public

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**