IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORIO TREVINO and ORALIA TREVINO, | ) ) ) |
| Plaintiffs, | ) **JURY TRIAL DEMANDED** ) ) |
| v. | ) Case No. 08-cv-1409 ) |
| U-HAUL INTERNATIONAL, INC., U-HAUL COMPANY OF FLORIDA, INC., GENERAL MOTORS CORPORATION, and JANET M. DEUTSCH, as Special Administrator of the Estate of William J. Geary, | ) Judge Dow ) ) ) ) ) ) |
| Defendants. | ) |

### U-HAUL DEFENDANTS' MOTION TO DISMISS
### PLAINTIFFS' AMENDED COMPLAINT FOR LACK OF STANDING

Defendants U-Haul International, Inc. and U-Haul Co. of Florida, Inc. (collectively, "U-Haul") hereby file their Motion to Dismiss Plaintiffs' Amended Complaint for lack of standing, and, as more fully set forth in their accompanying Memorandum, state as follows in support:

In contravention of the Texas Wrongful Death Act, U-Haul has been forced to defend against two cases filed by competing sets of purported wrongful death beneficiaries. Because all beneficiaries are not joined in Plaintiffs' Amended Complaint, Plaintiffs have not plead any facts to prove a redressable injury, or that a ruling from this Court will confer any benefit upon them. Consequently, Plaintiffs lack standing to bring their claims, and their Amended Complaint should be dismissed.

76899.1                                1

WHEREFORE, Defendants U-Haul International, Inc. and U-Haul Co. of Florida, Inc. respectfully request this Court to dismiss Plaintiffs' Amended Complaint under the Texas Wrongful Death Act for lack of standing.

Dated: May 27, 2008					Respectfully submitted,

**U-HAUL INTERNATIONAL, INC.**
**U-HAUL CO. OF FLORIDA, INC.**


			s/ Dmitry Shifrin
George Jackson III, #6189680
Dmitry Shifrin, #6279415
BRYAN CAVE LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601
(312) 602-5000
(312) 602-5060 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May, 2008, a copy of the foregoing Motion to Dismiss was served via the Court's CM/ECF system to the following counsel:

Donald R. McGarrah
SALVI, SCHOSTOK & PRITCHARD P.C.
181 W. Madison St., Suite 3800
Chicago, IL 60602

William J. Maiberger, Jr.
WATTS LAW FIRM, L.L.P.
Bank of America Plaza, Suite 100
300 Convent St.
San Antonio, TX 78205

                                                      s/ Dmitry Shifrin