UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORIO TREVINO AND ORALIA TREVINO | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 1:08-cv-01409 |
| U-HAUL INTERNATIONAL, INC., U-HAUL COMPANY OF FLORIDA, INC., GENERAL MOTORS CORPORATION, AND JANET M. DEUTSCH, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF WILLIAM J. GEARY | § § § § § § § § | JUDGE ROBERT M. DOW, JR. |
| Defendants. | § | |

**ORDER DENYING DFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT FOR LACK OF STANDING**

Having considered Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Lack of Standing, and Plaintiffs' Response to the U-Haul Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Lack of Standing, including Plaintiffs' Memorandum in Support of Response to the U-Haul Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Lack of Standing; and after considering argument from counsel it appears to the Court that Defendants' motion should be in all things DENIED.

IT IS THEREFORE, ORDERED, ADJUDGED, and DECREED that Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Lack of Standing is DENIED.

Signed and rendered on this the _____ day of _____ 2008.

_____
UNITED STATES DISTRICT JUDGE