AO 440 Rev. 05/00 Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Gregorio Trevino and Oralia Trevino

CASE NUMBER: 08-cv-1409

V.

ASSIGNED JUDGE: Robert M. Dow, Jr.

U-Haul International, Inc., U-Haul Company of Florida, Inc., General Motors Corporation, and Janet M. Deutsch, as Special Administrator of the Estate of William J. Geary

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Janet M. Deutsch
Special Administrator of the Estate of William Geary
c/o Salvi, Schostok & Pritchard, PC
181 Madison Street, Suite 3800
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William J. Maiberger, Jr.
Watts Law Firm, LLP
300 Convent Street, Suite 100
San Antonio, Texas 78205
(210) 527-0500

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

BY DEPUTY CLERK

JUN 1 8 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/26/08 |
| NAME OF SERVER (PRINT) ADRIA MARTINEZ | TITLE PARALEGAL |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): certified mail, return receipt requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/10/08
            Date                    Signature of Server  *Adria Martinez*

                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

Article Number: 7008 0150 0001 5871 8623

| | |
|---|---|
| Postage | $1.34 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.73 |

Postmark: DOWNTOWN STATION, SAN ANTONIO, TX 78205, JUN 23 2008

Sent To: Janet M. Deutsch
Street, Apt. No.; or PO Box No.: 181 Madison St., Ste. 3800
City, State, ZIP+4: Chicago, IL 60602

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janet M. Deutsch
181 Madison St., Ste. 3800
Chicago, IL 60602

**COMPLETE THIS SECTION ON DELVERY**

A. Signature: X [signature]  ☑ Agent  ☐ Addressee
B. Received by (Printed Name): Brody
C. Date of Delivery: 6/26
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 0150 0001 5871 8623

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540