# **CERTIFICATE OF SERVICE**

      I, Katharine N. Dunn, herby certify that on July 16, 2008, I electronically filed the foregoing Appearance with the Clerk of the Court using the CM/ECF system. Notification and a copy of such filing is sent through the CM/ECF system to counsel of record as set forth below.

Salvi, Shostick & Pritchard
Donald McGarrah
181 West Madison, Ste. 3800
Chicago, Illinois 60602

William Maiberger
Watts Law Firm, LLP
Bank of America Plaza, Ste. 100
300 Convent Street
San Antonio, Texas 78205

      By:    s/Katharine N. Dunn
      One of the Attorneys for General Motors Corporation
      DYKEMA GOSSETT PLLC
      10 South Wacker Drive, Suite 2300
      Chicago, Illinois 60606
      (312) 876-1700
      kdunn@dykema.com